## UMBARGER v. BEAN *et al.*

1. APPEAL: BOARD OF SUPERVISORS. An appeal lies from an order made by a Board of Supervisors in relation to damages caused by the vacation of a road.

*Appeal from Tama District Court.*

FRIDAY, OCTOBER 16.

BEFORE the Board of County Supervisors the plaintiff claimed damages, in the matter of vacating and re-locating a part of what is known as the Bluff road, leading from Marengo to Kosta in said County. From the decision of said Board in the premises the plaintiff appealed to the District Court. From an order of said Court, overruling a motion to dismiss said appeal, because the same was not authorized by law, and if so, had not been taken within the time limited by the statute, &c., the defendants appealed to this Court, assigning for error the overruling of said motion.

*Martin & Murphy* for the appellants.

*Templin & Strong* for the appellees,

LOWE, J.— Under the act conforming existing laws to the change made in the system of County government and organization, Rev., 1860, 53, we are of the opinion an appeal from the order or decision of the Board of Supervisors is authorized, and that the same was taken in time in this case. The order below, therefore, is

Affirmed.